

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00576-CV

In the **INTEREST OF C.J.J. JR.**, a Child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01036
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's Order of Termination is AFFIRMED.

No costs are assessed because appellant is indigent.

SIGNED December 27, 2018.

Luz Elena D. Chapa, Justice